DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOTAL CARE RESTORATION, LLC,**
Appellant,

v.

**STATE FARM FLORIDA INSURANCE COMPANY,**
Appellee.

No. 4D22-1073

[February 2, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 21-010856 CACE (08).

Chad A. Barr and Dalton L. Gray of Chad Barr Law, Altamonte Springs, for appellant.

Paulo R. Lima and Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, and Steven J. Chackman and Brian A. Chackman of Bernstein, Chackman, Liss, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***